**United States District Court**
For the Northern District of California

1
2
3                                                    *E-FILED*
4                                                 October 12, 2005
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  JOHN GORMAN,                          No.  C 04-04507 JW  (RS)
12          Plaintiffs,
13  v.                                    **ORDER RESCHEDULING**
                                          **SETTLEMENT CONFERENCE**
14  WOLPOFF & ABRAMSON, et al.,
15          Defendants.
16  _____/
17  TO ALL PARTIES AND COUNSEL OF RECORD:
18          Good cause appearing,
19          IT IS HEREBY ORDERED that the settlement conference scheduled for **November 1, 2005** in
20  Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **December**
21  **2, 2005 at 9:30 a.m**.
22          Counsel who will try the case shall appear at the settlement conference with the parties and with the
23  person or persons having full authority to negotiate and to settle the case.  Settlement conference
24  statements, if not previously submitted,  are due seven (7) days prior to the settlement conference.  All
25  other provisions of this Court's Order dated September 23, 2005 shall remain in effect.
26
27
28

1   The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior

2   to the date set for settlement conference.

3

4   Dated:   October 12, 2005

5   /s/ Richard Seeborg
    RICHARD SEEBORG

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Craig Hansen, Esq.
Email: chansen@gormanmiller.com

Tomio Narita, Esq.
Email: tnarita@wsnlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  October 12, 2005

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:      _/s/ BAK_____