1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  WINEBERG, SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3880
3  San Francisco, CA 94104-4811
   Telephone: (415) 352-2200
4  Facsimile:   (415) 352-2222
   tnarita@wsnlaw.com
5  jtopor@wsnlaw.com

6
   Attorneys for Defendants
7  Wolpoff & Abramson LLP and
   MBNA America Bank, N.A.

8

9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  JOHN GORMAN,                        )  CASE NO.: C-04-4507 JW
                                        )
13          Plaintiff,                  )  **STIPULATION AND [PROPOSED]
                                        )  ORDER RE ONE DAY EXTENSION
14      vs.                             )  OF DATE FOR FILING REPLY
                                        )  MEMORANDA IN SUPPORT OF
15  WOLPOFF & ABRAMSON, LLP;            )  SUMMARY JUDGMENT MOTIONS**
    MBNA AMERICA BANK, N.A., and        )
16  Does 1 through 100, inclusive,      )
                                        )
17          Defendants.                 )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20  _____  )

21

22

23

24

25

26

27

28

1    WHEREAS, Defendants have filed Motions For Summary Judgment which are presently

2  set for a hearing before this Court on May 1, 2006, and

3    WHEREAS, the deadline to for Plaintiff to file his Oppositions to the motions for

4  summary judgment was April 10, 2006, and

5    WHEREAS, Plaintiff e-filed his Opposition papers late, in that he commenced his e-

6  filings at approximately 6:06 p.m. on April 11, 2006, and

7    WHEREAS, Plaintiff has agreed to extend the time for Defendants to file their Reply

8  papers in support of the motions by one day, until April 18, 2006.

9    IT IS THEREFORE STIPULATED AND AGREED that Defendants shall file their

10  Reply papers in support of their Motions for Summary Judgment on or before April 18, 2006.

11

12  DATED: April 14, 2006                  WINEBERG, SIMMONDS & NARITA, LLP
                                          TOMIO B. NARITA
13                                         JEFFREY A. TOPOR

14

15
                                          By:  _____/Tomio B. Narita/_____
16                                             Tomio B. Narita

17                                         Attorneys for defendants Wolpoff & Abramson LLP and
                                          MBNA America Bank, N.A.
18

19  DATED: April 14, 2006                  GORMAN AND MILLER, P.C.
                                          JOHN GORMAN
20                                         CRAIG HANSEN

21
                                          By:  _____/Craig Hansen/_____
22                                             Craig Hansen
                                          Attorneys for Plaintiff
23

24  SO ORDERED.

25  DATED:  _____April 18_____, 2006

26
                                          By:  _____
27                                             The Honorable James Ware
                                              United States District Judge
28

GORMAN v. WOLPOFF & ABRAMSON LLP, et al.
STIPULATION RE EXTENSION OF DATE FOR FILING REPLY MEMORANDA                    2