IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Gorman, | NO. C 04-04507 JW |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON MOTION** |
| v. | |
| Wolpoff & Abramson, LLP, et al., | |
| Defendants. | |

Please take note that on the Court's own motion, Defendants' Motion for Summary Judgment currently set for May 1, 2006 is rescheduled to **June 5, 2006 at 9 a.m.** The Court will also conduct a preliminary pretrial conference on the same day at **3 p.m.** Pursuant to the Local Rules of this Court, the parties shall submit a joint statement ten days before the date of the conference.

Dated:  April 18, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Alan Hansen chansen@gormanmiller.com
Jeffrey A. Topor jtopor@wsnlaw.com
John C. Gorman jgorman@gormanmiller.com
Tomio B. Narita tnarita@wsnlaw.com

**Dated: April 18, 2006**                                         **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California