1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10

John Gorman,                                NO. C 04-04507 JW

11
                    Plaintiff,              **ORDER DISCHARGING ORDER**
12      v.                                  **TO SHOW CAUSE RE: RULE 11**
                                            **SANCTIONS**
13      Wolpoff & Abramson LLP, et al.,

14                  Defendants.
                                        /
15

16          On June 23, 2006, the Court ordered Plaintiff John Gorman to show cause why sanctions

17      under Rule 11 of the Federal Rules of Civil Procedure should not be imposed for the amount of

18      Defendant Wolpoff & Abramson LLP's attorneys' fees incurred after the filing of the Second

19      Amended Complaint.  (Docket Item No. 103.)  Based on the papers submitted to date, the Court

20      discharges the order to show cause and vacates the hearing scheduled for September 18, 2006.

21

22      Dated: September 14, 2006

                                            _James Ware_____
23                                          JAMES WARE
                                            United States District Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Alan Hansen chansen@gormanmiller.com
Jeffrey A. Topor jtopor@wsnlaw.com
John C. Gorman jgorman@gormanmiller.com
Tomio B. Narita tnarita@wsnlaw.com

**Dated: September 14, 2006**                    **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California