IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN C. GORMAN, | NO. C 04-04507 JW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| WOLPOFF & ABRAMSON, LLP ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: February 4, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John C. Gorman jgorman@gormanmiller.com
Craig Alan Hansen chansen@beckross.com , hraithel@beckross.com
Tomio Buck Narita tnarita@snllp.com , sschmitt@snllp.com
Jeffrey A. Topor jtopor@snllp.com , sschmitt@snllp.com , kthoresen@snllp.com

**Dated: February 4, 2009**                               **Richard W. Wieking, Clerk**

                                                           **By:**     **/s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California