IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Gorman, | NO. C 04-04507 JW |
| Plaintiff, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Wolpoff & Abramson, LLP, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 20, 2010. On December 10, 2010, the parties filed a Stipulation seeking a continuance of the Conference because they are involved in settlement discussions.[1] Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **January 24, 2011 at 10 a.m.** On or before **January 14, 2011**, the parties shall file a Joint Case Management Statement updating the Court on the status of the settlement negotiations or provide the Court with a proposed schedule as to how this case should proceed.

Dated: December 14, 2010

JAMES WARE
United States District Judge

---

[1] (Stipulation and Proposed Order Continuing the Case Management Conference at ¶ 2, Docket Item No. 141.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Alan Hansen chansen@beckross.com
Jeffrey A. Topor jtopor@snllp.com
John C. Gorman jgorman@gormanmiller.com
Katelyn M Knight kknight@gormanmiller.com
Kenneth Scott Miller kmiller@gormanmiller.com
Tomio Buck Narita tnarita@snllp.com

**Dated:  December 14, 2010**                              **Richard W. Wieking, Clerk**

                                                                         **By:    /s/ JW Chambers            **
                                                                                  **Elizabeth Garcia**
                                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California