Ken Miller, #101108
GORMAN & MILLER
201 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
(310) 394-4747 (phone)
(310) 917-1205 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GORMAN, an individual; | Case No. C-04-4507 JW |
| Plaintiff; | STIPULATION AND ORDER SUBSTITUTING PARTY |
| v. | |
| WOLPOFF & ABRAMSON, L.L.P.; MBNA AMERICA BANK, N.A., and DOES 1 through 100, inclusive; | |
| Defendants. | |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) John Gorman is no longer a party to this action by reason of his death.

(2) Jennifer Cheng, Trustee of the JJL Oak Knoll Trust, is substituted as plaintiff in this action in place of John Gorman, deceased.

1

Dated: December 15, 2010

                        GORMAN & MILLER

                        /s/
                        KEN MILLER
                        Attorney for Plaintiff

Dated: December 15, 2010

                        SIMMONDS & NARITA

                        /s/
                        JEFF TOPOR
                        Attorney for Wolpoff & Abramson
                        and MBNA America Bank, N.A.

                              ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2010

                        *[signature: James Ware]*
                        The Honorable James Ware
                        United States District Judge

Stipulation and Order for Substituting Party, Case No. C-04-4507 JW