```
Ken Miller, #101108
GORMAN & MILLER
201 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
(310) 394-4747 (phone)
(310) 917-1205 (fax)

Attorney for Plaintiff
John Gorman
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GORMAN, an individual;<br><br>    Plaintiff;<br><br> v.<br><br>WOLPOFF & ABRAMSON, L.L.P.;<br>MBNA AMERICA BANK, N.A., and<br>DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No. C-04-4507 JW<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br><br>Hon. James Ware |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) WHEREAS, on December 21, 2010, the Court set this action for a Case Management Conference on January 14, 2011; and,

(2) WHEREAS, the parties are currently involved in settlement negotiations and believe that a brief continuance of the Case Management Conference will facilitate those negotiations,

(3) THEREFORE, the parties stipulate that the Case Management Conference be continued for approximately three to four weeks, or to

1

a date thereafter that is convenient to the Court.

Dated: January 13, 2011

                                            GORMAN & MILLER

                                            /s/Ken Miller
                                            KEN MILLER
                                            Attorneys for Plaintiff

Dated: January 13, 2011

                                            SIMMONDS & NARITA

                                            /s/Jeffrey A. Topor
                                            Attorneys for Defendant

ORDER

    Upon review, the Court does not find good cause to continue the January 24 Conference. On December 10, 2010, the parties filed a Stipulation seeking continuance of the December 20 Conference which the Court granted. This is the parties' second request for a continuance based on settlement discussions.

    Accordingly, the Court DENIES the parties' Stipulation to Continue. On or before January 14, 2011, the parties shall file a Joint Statement updating the Court on settlement efforts.

Dated: January 14, 2011

                                            JAMES WARE
                                            United States District Chief Judge