IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Gorman, | NO. C 04-04507 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Wolpoff & Abramson, LLP, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on January 24, 2011. On January 14, 2011, the parties filed a Joint Case Management Statement indicating that the matter will likely be resolved by settlement prior to the Case Management Conference.[1] Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **February 28, 2011 at 10 a.m.** On or before **February 18, 2011**, the parties shall file either a Stipulated Dismissal or a Joint Case Management Statement that provides the Court with a proposed schedule as to how this case should proceed.

Dated: January 20, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Joint Case Management Statement at 3, Docket Item No. 147.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Alan Hansen chansen@beckross.com
Jeffrey A. Topor jtopor@snllp.com
John C. Gorman jgorman@gormanmiller.com
Katelyn M Knight kknight@gormanmiller.com
Kenneth Scott Miller kmiller@gormanmiller.com
Tomio Buck Narita tnarita@snllp.com

**Dated:  January 20, 2011**                              **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

United States District Court
For the Northern District of California