**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10    John Gorman,                           NO. C 04-04507 JW

11              Plaintiff,              **ORDER CONTINUING CASE
                                        MANAGEMENT CONFERENCE**
         v.
12
      Wolpoff & Abramson, LLP, et al.,
13
                Defendants.
14    _____/

15          This case is scheduled for a Case Management Conference on February 28, 2011.  On

16    February 18, 2011, the parties filed a Joint Case Management Statement indicating that the matter

17    has been settled, that the settlement agreement has been approved and is currently awaiting

18    signatures, and that the settlement will be concluded in less than four weeks.[1]  Based on the parties'

19    representation, the Court finds good cause to continue the Conference.

20          Accordingly, the Court CONTINUES the Case Management Conference to **April 4, 2011 at**

21    **10 a.m.**  This is the Court's final continuance of the Conference.  On or before **March 25, 2011**, the

22    parties shall file either a Stipulated Dismissal or a Joint Case Management Statement that provides

23    the Court with a proposed schedule as to how this case should proceed.

24

25    Dated:  February 23, 2011                    _____
                                                    JAMES WARE
26                                                  United States District Chief Judge

27
      _____
28          [1]  (Joint Case Management Statement at 2, Docket Item No. 149.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Alan Hansen chansen@beckross.com
Jeffrey A. Topor jtopor@snllp.com
John C. Gorman jgorman@gormanmiller.com
Katelyn M Knight kknight@gormanmiller.com
Kenneth Scott Miller kmiller@gormanmiller.com
Tomio Buck Narita tnarita@snllp.com

**Dated:  February 23, 2011**                    **Richard W. Wieking, Clerk**

                                              **By:_____/s/ JW Chambers_____**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California