```
Ken Miller, #101108
GORMAN & MILLER
201 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
(310) 394-4747 (phone)
(310) 917-1205 (fax)

Attorney for Plaintiff
Jennifer Cheng
```

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

3/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Gorman, an individual;<br><br>　　　Plaintiff;<br><br>　v.<br><br>WOLPOFF & ABRAMSON, L.L.P.;<br>MBNA AMERICA BANK, N.A., and<br>DOES 1 through 100, inclusive;<br><br>　　　Defendants. | Case No. C-04-4507 JW<br><br>STIPULATION OF DISMISSAL AND ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: February 1, 2011                    GORMAN & MILLER

/s/                                        /s/
Jennifer Cheng                             Ken Miller
                                           Attorneys for Plaintiff
                                           Jennifer Cheng

1

Notice of Appearance, Case No. C-04-4507 JW

```
Dated: March 22, 2011                SIMMONDS & NARITA

                                     /s/ Jeff Topor
                                     Jeff Topor
                                     Attorneys for Defendants
                                     MBNA America Bank, N.A., and
                                     Wolpoff & Abramson, L.L.P.
```

IT IS SO ORDERED. The Clerk shall close this file.

Dated: March 24, 2011

_____
The Honorable James Ware
United States District Chief Judge